IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES L. ROBINSON, #121865, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   CASE NO. 2:12cv-1069-WHA |
| | ) |
| JAMES DELOACH, et al., | )        (WO) |
| | ) |
| Respondents. | ) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #28), entered on January 12, 2014. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

    1. The petition for writ of habeas corpus relief is DENIED.

    2. This cause of action is DISMISSED pursuant to the provisions of 28 U.S.C. § 2244(b)(3)(A), as Petitioner has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider his successive habeas application.

Final Judgment will be entered accordingly.

DONE this 8th day of January, 2015.

/s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE